# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HUGO QUENTAL BARROS,

        Petitioner,

v.                                    Case No. 6:07-cv-484-Orl-35DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, and ATTORNEY GENERAL
OF THE STATE OF FLORIDA,

        Respondents.
_____

## **ORDER**

This case is before the Court on the following motions:

1.

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 35)** |
| **FILED:** | **July 7, 2009** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.

> **MOTION:** PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 34)
>
> **FILED:** July 7, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 10th day of July, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 7/10
Counsel of Record
Hugo Quental Barros